# Sills Cummis & Gross
### A Professional Corporation

**101 Park Avenue**
**28th Floor**
**New York, New York  10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**

**Katherine M. Lieb**
**Of Counsel**
**Admitted In NY**
**Direct Dial:  212-500-1580**
**Email: klieb@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

May 13, 2026

**By ECF**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

Re:    *Fabtrends International Inc. v. West by CPW, LLC, et al.*
Civil Action No. 1:26-cv-01417-LJL

Dear Judge Liman:

This firm represents Plaintiff Fabtrends International Inc. in the above-referenced matter. Pursuant to Section 1.D. of Your Honor's Individual Practices in Civil Cases, all parties write jointly to respectfully request an adjournment sine die of the initial pretrial conference scheduled for May 21, 2026 and the associated deadline for the joint letter and proposed case management plan on May 14, 2026.  The parties have been engaging in settlement discussions and need further time to finalize the written agreement.  Subject to the Court's approval, the parties propose that the Court set a deadline of June 4, 2026, for the parties to update the Court as to the status of the settlement discussions.

We sincerely appreciate the Court's attention to this request and are available should the Court have any questions.

Respectfully submitted,

The request is granted in part and denied in part. The parties shall file a letter indicating the status of settlement discussions by June 4, 2026.  The initial pretrial conference scheduled for May 21, 2026 is rescheduled for June 10, 2026 at 10:00 a.m.
Date: May 13, 2026

*/s/ Katherine M. Lieb*
Katherine M. Lieb

SO ORDERED.

LEWIS J. LIMAN
United States District Judge